**Fill in this information to identify the case:**

Debtor name  **RI-VAL-RE GENETICS, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **21-00961**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 26, 2021**     X **/s/ Jerry Irving Jorgensen**

Signature of individual signing on behalf of debtor

**Jerry Irving Jorgensen**
Printed name

**Sole Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **RI-VAL-RE GENETICS, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF MICHIGAN

Case number (if known)     **21-00961**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................   $    0.00

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................................   $    0.00

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*...............................................................................................   $    0.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    1,589,636.41

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $    11,102.37

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$    998,449.72

4.   Total liabilities .............................................................................................................
Lines 2 + 3a + 3b

$    2,599,188.50

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **RI-VAL-RE GENETICS, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **21-00961**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Dart Bank - overdrawn as of 12/2020 (-$116.19 )** | **Checking** | 4640 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $0.00 |
   |---|

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:       Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

Debtor    **RI-VAL-RE GENETICS, LLC**                          Case number *(If known)* **21-00961**
          Name

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **Possible unused net operating losses**          Tax year **2020**          **Unknown**

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number *(If known)* | **21-00961** |
|---|---|---|---|
| | Name | | |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | | |
   |---|---|
   | | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **RI-VAL-RE GENETICS, LLC**                               Case number *(If known)*  **21-00961**
          Name

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **RI-VAL-RE GENETICS, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **21-00961**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Genstart, LLC** | | |
|---|---|---|---|

Creditor's Name

**c/o Neil & Joan McDonah**
**W21205 South Street**
**Trempealeau, WI 54661**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/8/2020 Judgment recorded Ingham County 2/5/21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor does not own any real property**

**Describe the lien**
**Judgment Lien,balance after MMPA garnishments**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$44,854.77**   Value of collateral: **$0.00**

| 2.2 | **IRUKA CAPITAL GROUP LLC** | | |
|---|---|---|---|

Creditor's Name

**162 Elmora Avenue**
**Ste. 211**
**Elizabeth, NJ 07202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/13/2020 Merchant A/R Agreement w Guaranty**

**Describe debtor's property that is subject to a lien**
**Ri-Val-Re Genetics, LLC's accounts receivables**

**Describe the lien**
**Agreement,UCC-1 1/29/20 Accounts Receivables, Cash, etc.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$67,369.82**   Value of collateral: **$0.00**

Debtor    **RI-VAL-RE GENETICS, LLC**    Case number (if known)    **21-00961**

Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **JOHN DEERE FINANCIAL** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Recovery Department
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131**

Creditor's mailing address

**John Deere 333G Compact Track Loader S/N ending in 346933**

Describe the lien
**Agreement,UCC-1 2/13/19**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**to be sold 2/15/21**
Last 4 digits of account number
**4711**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **The Dart Bank** | Describe debtor's property that is subject to a lien | **$1,477,411.82** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Kassie Rhoades
368 South Park Street
P.O. Box 40
Mason, MI 48854**

Creditor's mailing address

**Agricultural Security Agreements All Farm assets: machinery, equipment, crops. livestock, supplies; balance as of 3/22/21 includes attorneys fees, interest, late charges**

Describe the lien
**Agreement,UCC-1s 3/31/16**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/21/17, 1/5/18, 11/2/18 (2),1/29/20 -Guarantor of 5 PNotes**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Viking Funding Group, LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **RI-VAL-RE GENETICS, LLC**

Name

Case number (if known)  **21-00961**

| | |
|---|---|
| Creditor's Name | **Satisfied, no UCC Termination Statement of record** |
| **102 Jericho Turnpike** | |
| **Suite 103** | |
| **Floral Park, NY 11001** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC-1 03/15/2019 future receivables** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **3/7/2019 Merchant Agreement** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| | | | |
|---|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | | **$1,589,636.41** |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **30th Judicial Circuit Court** **Veterans Memorial Courthouse** **P.O. Box 40771** **Lansing, MI 48901-7971** | Line **2.4** | **BC30** |
| **Clerk of the Court** **Ingham County Circuit Court** **313 W. Kalamazoo Street** **Lansing, MI 48933** | Line **2.4** | **BC30** |
| **Corporation Service Co as rep** **PO Box 2576** **Springfield, IL 62708** | Line **2.5** | **5343** |
| **Deere & Company** **6400 NW 86th St** **PO Box 6630** **Johnston, IA 50131** | Line **2.3** | **4711** |
| **Howard I. Wallach** **Foley & Mansfield** **130 East 9 Mile Road** **Ferndale, MI 48220** | Line **2.1** | **63CK** |
| **Isaac H. Greenfield, Esq.** **6 Stone Street** **3rd Floor** **New York, NY 10004** | Line **2.2** | **Iruka Capital Group LLC** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **RI-VAL-RE GENETICS, LLC**
Name

Case number (if known)   **21-00961**

| | | |
|---|---|---|
| **Lendr**<br>**515 N State Street**<br>**Suite 950**<br>**Chicago, IL 60654** | Line **2.5** | |
| **Lisa A. Hall, Esq.**<br>**PLUNKETT COONEY**<br>**333 Bridge Street, NW**<br>**Suite 530**<br>**Grand Rapids, MI 49504** | Line **2.4** | **DART BANK** |
| **The Dart Bank**<br>**1020 Charlevoix**<br>**Grand Ledge, MI 48837** | Line **2.4** | **RI-VAL-RE**<br>**GENETICS LLC** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **RI-VAL-RE GENETICS, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known) **21-00961**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Business Tax Section**<br>**MI Department of Treasury**<br>**PO Box 30427**<br>**Lansing, MI 48909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,154.15** | **$4,154.15** |
| Date or dates debt was incurred<br><br>**2020** | Basis for the claim:<br>**RI-VAL-RE GENETICS LLC MI SUW Taxes:**<br>**3/2020 $1080.74; 4/2020 $973.48; 5/2020 $316.66;**<br>**6/2020 $917.18; 7/2020 $537.70; 8/2020 $328.39;** | | |
| Last 4 digits of account number **6777**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Insolvency Unit**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,371.74** | **$3,371.74** |
| Date or dates debt was incurred<br><br>**2020** | Basis for the claim:<br> **941 tax liabilities $3305.63 check dishonored**<br>**3/20/20, $66.11 penalty as of 04/2020** | | |
| Last 4 digits of account number **6777**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          41590          Best Case Bankruptcy

Debtor  **RI-VAL-RE GENETICS, LLC**

Name

Case number *(if known)*  **21-00961**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,576.48 | $3,576.48 |
|---|---|---|---|---|

**STATE OF MI - UNEMPLOYMENT INS**
**ATTN BANKRUPTCY UNIT**
**3024 W GRAND BLVD**
**SUITE 12-100**
**Detroit, MI 48202-6024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**06/30/20, 09/30/20**

Basis for the claim:
**as of 3/18/21 for Ri-Val-Re Genetics LLC quarterly tax payments + interest & penalty ($722 principal)**

Last 4 digits of account number **8000**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**Aaron Jorgensen**
**4104 Moyer Road**
**Williamston, MI 48895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2021**

Last 4 digits of account number **_**

Basis for the claim:  **Loans for business operations: 7/9/19 $40000 RI-VAL-RE, 8/12/19 $25000 (payable to Jerry deposited into RI-VAL-RE), possible other assistance**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,383.00 |
|---|---|---|---|

**Amex**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Opened 03/18  Last Active 09/20**

Last 4 digits of account number **8783**

Basis for the claim:  **Delta Sky Miles Reserve Business Card ending in 6-81001used for business Ri-Val-Re Genetics LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Amex**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Opened 03/18  Last Active 07/19**

Last 4 digits of account number **8453**

Basis for the claim:  **Credit Card - possible duplicate uncertain if Debtor is an obligor $8234.00**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,776.00 |
|---|---|---|---|

**Amex**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Opened 03/18  Last Active 09/20**

Last 4 digits of account number **2613**

Basis for the claim:  **Delta Sky Miles Platinum Business Card ending in 8-11002 used for business Ri Val Re Genetics LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **RI-VAL-RE GENETICS, LLC**  Case number (if known)  **21-00961**
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |

**Nonpriority creditor's name and mailing address**
Andrew Beckel & Dagmar Beckel
Golden Calf Company LLC
21677 27th Street
Bloomer, WI 54724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/13/2019

Last 4 digits of account number _

**Basis for the claim:** Chippewa County Circuit Court, WI Small Claims Amended Judgment # 20 SC 552 Calf Care packages for Ri-Val-Re Genetics LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,448.38 |

Animart. LLC
Kim Martel
1240 Green Valley Rd
Beaver Dam, WI 53916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/25/19 Charge Account Agreement

Last 4 digits of account number _

**Basis for the claim:** Dodge County WI Amended Judgment against Debtor and Jerry Jorgensen - believe Armor Animal Health creditor below successor in interest

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,966.53 |

Armor Animal Health
BIN 88572
Milwaukee, WI 53288-0572

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2019

Last 4 digits of account number _

**Basis for the claim:** billed to Ri-Val-Re Farms + interest charges - possible duplicate as believe part of Animart, LLC Judgment

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

Beck Embryo Transfer, LLC
Tara Brent & Brent Beck
S435 Nilsestuen Rd
Cashton, WI 54619

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017 - 04/2018

Last 4 digits of account number _

**Basis for the claim:** 1/7/21 Affidavit & Notice of Entry of 12/15/20 $24,889.72 Foreign Judgment against Sole Member: Trempealeau County Cir Ct #2020-CV-147 IVF, embryo collection & embryo implantation services & medicines for cattle

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,680.83 |

Caledonia Farmers Elevator
146 E Main Street SE
Caledonia, MI 49316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** 12/19/2019 Default Judgment against Ri-Val-Re Genetics, LLC with 2020 Garnishments

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Opened 05/18  Last Active 04/20

Last 4 digits of account number  4129

**Basis for the claim:** Charge Account reflected on Sole Member's Credit Report as a joint contractual liability, uncertain if Debtor also an obligor $11583.00

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number (*if known*) | **21-00961** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,585.29** |
|---|---|---|---|

**CentralStar Cooperative**
**PO Box 23157**
**Lansing, MI 48909**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1035**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Chase Card Services**
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Opened 03/18  Last**
**Active 03/20**

Last 4 digits of account number  **6492**

Basis for the claim:  **Credit Card reflected on Sole Member's Credit Report**
**as a joint contractual liability, uncertain if Debtor also an obligor**
**$40452.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,438.62** |
|---|---|---|---|

**Citi**
**Box 6077**
**Sioux Falls, SD 57117-6077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4924**

Basis for the claim:  **"RIVALRE" Genetics LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Citibank**
**Centralized Bk dept**
**Po Box 790034**
**St Louis, MO 63179**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Opened 06/02  Last**
**Active  3/07/21**

Last 4 digits of account number  **1635**

Basis for the claim:  **Credit Card reflected on Sole Member's Credit Report**
**as a joint contractual liability, uncertain if Debtor also an obligor**
**$331.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$759.04** |
|---|---|---|---|

**DeLaval Inc - DDS Main**
**Dept CH 17546**
**Palatine, IL 60055-7546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **07/2020**

Last 4 digits of account number  **5375**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,610.59** |
|---|---|---|---|

**Driven Embryo Services, LLC**
**Justin Helgerson**
**1277 Highway 9**
**Decorah, IA 52101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

Basis for the claim:  **Ri-Val-Re Genetics litigation in Winneshiek County**
**Iowa 01961 LACV026673**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | RI-VAL-RE GENETICS, LLC | Case number *(if known)* | 21-00961 |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**DTE Energy**
PO Box 740786
Cincinnati, OH 45274-0786

Date(s) debt was incurred **2020**

Last 4 digits of account number **9864**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **1/27/21 SHUTOFF @ 4765 Moyer Rd Webberville MI farm buildings $26,131.69 billed to Jerry Jorgensen**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Farm Credit Srvices of America**
AgDirect
P.O. Box 2409
Omaha, NE 68103

Date(s) debt was incurred **UCC-1 4/16/2019**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **John Deere 4850 Tractor RW4850P003115 sold at 12/15/20 Auction for $23276.92 (net) Deficiency Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,857.00 |
|---|---|---|---|

**Farm Credit/agdirect**
Po Box 2409
Omaha, NE 68103

Date(s) debt was incurred **Opened 1/02/19 Last Active 03/21**

Last 4 digits of account number **1846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Mensch M910 Scraper: Pull-Type 37963 Kuhn RI-VAL-RE GENETICS LLC'S Knight VT168T Feed Wagon/Mixer C0109 deficiency balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,212.66 |
|---|---|---|---|

**Fowlerville Veterinary Clinic**
6440 Grand River
PO Box 383
Fowlerville, MI 48836

Date(s) debt was incurred **2020 services**

Last 4 digits of account number **L115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **billed to Ri-Val-Re Genetics LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Genetic Visions ST, LLC**
8137 Forsythia St.
Ste. 100
Middleton, WI 53562

Date(s) debt was incurred **2019 - 2020**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **billed to Sole Member uncertain if Debtor also an obligor $46,906.00**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,997.94 |
|---|---|---|---|

**Great Lakes Sire Service, Inc.**
723 Himebaugh Rd.
Bronson, MI 49028

Date(s) debt was incurred **2020 various**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **billed to Ri-Val-Re Genetics LLC**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number (if known) | **21-00961** |
|---|---|---|---|
| | Name | | |

**3.23** | Nonpriority creditor's name and mailing address
Holstein Association USA, Inc.
Jody Hamilton Manager
1 Holstein Place
PO Box 808
Brattleboro, VT 05302-0808

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **1570**

As of the petition filing date, the claim is: Check all that apply.                                $1.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **bileed to Jerry Jorgensen $3510.18**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
Hoofstock Genetics
4584 FM RD 570
Ranger, TX 76470

Date(s) debt was incurred  **2018-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                          $15,281.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **embryo frozen storage**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
Ingham County Farm Srvc Agency
US Dept of Agriculture
521 N Okemos St
Mason, MI 48854-1224

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **1397**

As of the petition filing date, the claim is: Check all that apply.                          $10,868.62

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ri-Val-Re Genetics LLC Dairy Margin Coverage Prem Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address
Ingham County Farm Srvc Agency
US Dept of Agriculture
521 N Okemos St
Mason, MI 48854-1224

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **1785**

As of the petition filing date, the claim is: Check all that apply.                           $2,827.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Agricultural Risk Coverage Prem - County + Price Loss Coverage Program**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
Ingham County Farm Srvc Agency
US Dept of Agriculture
521 N Okemos St
Mason, MI 48854-1224

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **2064**

As of the petition filing date, the claim is: Check all that apply.                          $11,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ri-Val-Re Genetics LLC Dairy Margin Coverage Prem Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
Jerry & Dorothy Jorgensen
4211 Morrice Road
Webberville, MI 48892

Date(s) debt was incurred  **7/25/19 & 9/12/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                         $251,670.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans, no repayment: 2 @$13335 on 7/25/19 and $225000 on 9/12/19 [payable to Jerry, deposited into RI-VAL-RE for business]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
JOHN DEERE FINANCIAL
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

Date(s) debt was incurred  **2020 deficiency**

Last 4 digits of account number  **4766**

As of the petition filing date, the claim is: Check all that apply.                          $14,517.32

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AND possible deficiency on #510001634711 Loader**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number *(if known)* | **21-00961** |
|---|---|---|---|
| | Name | | |

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Kreeger & Associates, LLC**
**P.O. Box 42**
**Cass City, MI 48726**

Date(s) debt was incurred **2020**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY - Sale of dairy cows for Ri-Val-Re Genetics, LLC liquidation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Larson Acres, Inc.**
**Michael Larson, President**
**18218 W. State Road 59**
**Evansville, WI 53536**

Date(s) debt was
incurred **7/31/2018 purchase of Heifers**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.* **$24,585.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **8/14/20  Affidavit & Notice of Entry of Foreign Judgment - Rock County, Wisconsin #2020CV217**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Michigan Livestock Srvice, Inc**
**PO Box 661**
**Ovid, MI 48866-0661**

Date(s) debt was incurred **prior to 02/2020**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.* **$1,773.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ri-Val-Re Genetics LLC balance includes late fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Midland Credit Management**
**350 Camino De La Reina**
**Suite 100**
**San Diego, CA 92108**

Date(s) debt was incurred **2019**

Last 4 digits of account number **2467**

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY AMEX ending in 82000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Office of the U.S. Trustee**
**The Ledyard Bldg  2nd Floor**
**125 Ottawa Ave., NW, Ste 200R**
**Grand Rapids, MI 49503**

Date(s) debt was incurred **FOR NOTICE ONLY**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **__**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Randy's Service Station**
**8030 W Mason Road**
**Fowlerville, MI 48836**

Date(s) debt was incurred **2020**

Last 4 digits of account number **RIVGEN**

As of the petition filing date, the claim is: *Check all that apply.* **$25,783.10**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fuel billed to Ri-Val-Re Genetics LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**
**Roberts Dairy Service, Inc.**
**3700 S US 27**
**PO Box 128**
**Saint Johns, MI 48879**

Date(s) debt was incurred **2019**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.* **$2,733.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **billed to Ri-Val-Re Genetics LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number (if known) | **21-00961** |
|---|---|---|---|
| | Name | | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**STgenetics**
22575 State Highway 6 South
Navasota, TX

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **3895**

Basis for the claim:  Billed to Jerry Jorgensen $103.57

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,108.77 |
|---|---|---|---|

**Swan Fuel Service, Inc.**
1615 Mason St.
Dansville, MI 48819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **2146**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,760.00 |
|---|---|---|---|

**Synergy Genetics, LLC**
1818 Linwood Road
Linwood, NY 14486

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was
incurred  **prior to 12/31/20 statement**

Last 4 digits of account number _

Basis for the claim:  billed to Aaron Jorgensen/RI-VAL-RE Holsteins
incorrect account RI-VAL-RE Genetics, LLC & Jerry Jorgensen are
sole obligors - disputed as to amount

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,977.24 |
|---|---|---|---|

**TEK Dairy Supply, Inc.**
7260 Owosso Rd.
Fowlerville, MI 48836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **prior to 09/2020**

Last 4 digits of account number _

Basis for the claim:  billed to Ri-Val-Re Genetics LLC, balance includes
finance charges

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,128.64 |
|---|---|---|---|

**The Dart Bank**
**Kassie Rhoades**
**368 South Park Street**
**P.O. Box 40**
**Mason, MI 48854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,018.62 |
|---|---|---|---|

**Twin River Veterinary Service**
8999 Kessinger Road
Tremont, IL 61568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **prior to 2020**

Last 4 digits of account number _

Basis for the claim:  includes disputed months of  past due interest
charges

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,831.69 |
|---|---|---|---|

**Webberville Feed & Grain Co.**
**PO Box 680**
**421 S Summit Street**
**Webberville, MI 48892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various 2019-2020**

Last 4 digits of account number _

Basis for the claim:  Ri-Val-Re Genetics LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number (if known) | **21-00961** |
|---|---|---|---|
| | Name | | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,260.28** |
|---|---|---|---|

**Webster & Griffes, Inc.**
**5287 E Allen Road**
**Webberville, MI 48892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Fall 2019**

Last 4 digits of account number __

Basis for the claim:  **RI-VAL-RE GENETICS, LLC Invoices cow sand includes monthly finance charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amex**<br>P.o. Box 981537<br>El Paso, TX 79998 | Line **3.2**<br><br>☐ Not listed. Explain ____ | **8783** |
| 4.2 | **Amex**<br>P.o. Box 981537<br>El Paso, TX 79998 | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Amex**<br>P.o. Box 981537<br>El Paso, TX 79998 | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Barrett M Gipp. Esq.**<br>212 Winnebago Street<br>PO Box 450<br>Decorah, IA 52101 | Line **3.16**<br><br>☐ Not listed. Explain ____ | **Driven Embryo** |
| 4.5 | **Brian Petersen**<br>AgDirect Resolution Officer<br>Farm Credit Services America<br>PO Box 2409<br>Omaha, NE 68103-2409 | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Business Tax Section**<br>MI Department of Treasury<br>PO Box 30427<br>Lansing, MI 48909 | Line **2.3**<br><br>☐ Not listed. Explain ____ | **6777** |
| 4.7 | **Capital One**<br>Po Box 31293<br>Salt Lake City, UT 84131 | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Chase Card Services**<br>Po Box 15369<br>Wilmington, DE 19850 | Line **3.12**<br><br>☐ Not listed. Explain ____ | **6492** |
| 4.9 | **Citibank**<br>Po Box 6217<br>Sioux Falls, SD 57117 | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **RI-VAL-RE GENETICS, LLC** | | Case number *(if known)* | **21-00961** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Clerk of the Court**<br>**Dodge County Justice Facility**<br>**210 W. Center Street**<br>**Juneau, WI 53039-1091** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **1460** |
| 4.11 | **Credit Bureau of Ypsilanti Inc**<br>**PO Box 981274**<br>**Ypsilanti, MI 48198** | Line **3.43**<br><br>☐ Not listed. Explain ____ | **7760** |
| 4.12 | **Deanna Swisher**<br>**Foster Swift Colllins & Smith**<br>**313 S. Washington Square**<br>**Lansing, MI 48933-2114** | Line **3.9**<br><br>☐ Not listed. Explain ____ | **Caledonia Farm ers Elevator** |
| 4.13 | **ESP Receivables Management Inc**<br>**PO Box 1547**<br>**Mandeville, LA 70470** | Line **3.11**<br><br>☐ Not listed. Explain ____ | **6121** |
| 4.14 | **Internal Revenue Service**<br>**3251 N. Evergreen Drive, NE**<br>**Insolvency Group 4, Stop 93**<br>**Grand Rapids, MI 49525** | Line **2.2**<br><br>☐ Not listed. Explain ____ | **6777** |
| 4.15 | **Internal Revenue Service**<br>**Dept. of the Treasury**<br>**Ogden, UT 84201-0035** | Line **2.2**<br><br>☐ Not listed. Explain ____ | **6777** |
| 4.16 | **JOHN DEERE FINANCIAL**<br>**Multi Use Account**<br>**8402 Excelsior Drive**<br>**PO Box 5328**<br>**Madison, WI 53705-0328** | Line **3.29**<br><br>☐ Not listed. Explain ____ | **4766** |
| 4.17 | **JOHN DEERE FINANCIAL**<br>**23176 Network Place**<br>**Chicago, IL 60673-1231** | Line **3.29**<br><br>☐ Not listed. Explain ____ | **4766** |
| 4.18 | **Lisa Kay Lietz-Ray**<br>**Laffey Sabranek Audy & Ristau**<br>**16 N Carroll Street**<br>**Suite 500**<br>**Madison, WI 53703** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **mart,3045** |
| 4.19 | **Matthew T Roethe**<br>**Roethe Pope Roethe LLP**<br>**24 N Henry Street**<br>**Edgerton, WI 53534** | Line **3.31**<br><br>☐ Not listed. Explain ____ | **Larson Acres** |
| 4.20 | **Michigan Dept of Treasury**<br>**Bankruptcy - Claims Unit**<br>**PO Box 30168**<br>**Lansing, MI 48909** | Line **2.1**<br><br>☐ Not listed. Explain ____ | **6777** |
| 4.21 | **Nationwide Credit Inc**<br>**PO BOX 15131**<br>**Wilmington, DE 19850-5130** | Line **3.12**<br><br>☐ Not listed. Explain ____ | **1091** |

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number (*if known*) | **21-00961** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.22 | **Sarah E Korte**<br>**Moen Sheehan Meyer, Ltd**<br>**201 Main Street**<br>**Suite 700**<br>**La Crosse, WI 54601** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **Beck Embyro Transfer** |
| 4.23 | **Stillman Law Office**<br>**Michael R Stillman**<br>**30057 Orchard Lake Rd**<br>**Ste 200**<br>**Farmington, MI 48334** | Line **3.21**<br><br>☐ Not listed. Explain ____ | **3920** |
| 4.24 | **Unemployment Insurance Agency**<br>**Tax Enforcement Unit**<br>**PObox 8068**<br>**Royal Oak, MI 48068-8068** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **US Attorney's Office**<br>**Western District of Michigan**<br>**Bankruptcy Section**<br>**PO Box 208**<br>**Grand Rapids, MI 49501-0208** | Line **2.2**<br><br>☐ Not listed. Explain ____ | **6777** |
| 4.26 | **USDA FPAC Business Center**<br>**PO Box 419205**<br>**STOP 8212**<br>**Kansas City, MO 64141-6205** | Line **3.25**<br><br>☐ Not listed. Explain ____ | **1397** |
| 4.27 | **USDA FPAC Business Center**<br>**PO Box 419205**<br>**STOP 8212**<br>**Kansas City, MO 64141-6205** | Line **3.26**<br><br>☐ Not listed. Explain ____ | **1397** |
| 4.28 | **USDA FPAC Business Center**<br>**PO Box 419205**<br>**STOP 8212**<br>**Kansas City, MO 64141-6205** | Line **3.27**<br><br>☐ Not listed. Explain ____ | **1397** |
| 4.29 | **Williams Farm Machinery Inc**<br>**1115 Lansing Rd**<br>**Charlotte, MI 48813** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Winneshiek County Clerk**<br>**201 W Main**<br>**Decorah, IA 52101** | Line **3.16**<br><br>☐ Not listed. Explain ____ | **6673** |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 11,102.37 |
| 5b. Total claims from Part 2 | 5b. + | $ | 998,449.72 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,009,552.09 |

**Fill in this information to identify the case:**

Debtor name    **RI-VAL-RE GENETICS, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-00961**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **RI-VAL-RE GENETICS, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-00961**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andrea Lee Jorgensen** | **4765 Moyer Road** **Webberville, MI 48892** | **The Dart Bank** | ☑ D   **2.4** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Jerry Irving Jorgensen** | **4765 Moyer Road** **Webberville, MI 48892** | **Aaron Jorgensen** | ☐ D _____ ☑ E/F   **3.1** ☐ G _____ |
| 2.3 | **Jerry Irving Jorgensen** | **4765 Moyer Road** **Webberville, MI 48892** | **Amex** | ☐ D _____ ☑ E/F   **3.2** ☐ G _____ |
| 2.4 | **Jerry Irving Jorgensen** | **4765 Moyer Road** **Webberville, MI 48892** | **Amex** | ☐ D _____ ☑ E/F   **3.3** ☐ G _____ |
| 2.5 | **Jerry Irving Jorgensen** | **4765 Moyer Road** **Webberville, MI 48892** | **Amex** | ☐ D _____ ☑ E/F   **3.4** ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number *(if known)* | **21-00961** |

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Andrew Beckel & Dagmar Beckel** | ☐ D ____ ■ E/F __**3.5**__ ☐ G ____ |
| 2.7 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Animart. LLC** | ☐ D ____ ■ E/F __**3.6**__ ☐ G ____ |
| 2.8 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Armor Animal Health** | ☐ D ____ ■ E/F __**3.7**__ ☐ G ____ |
| 2.9 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Beck Embryo Transfer, LLC** | ☐ D ____ ■ E/F __**3.8**__ ☐ G ____ |
| 2.10 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Business Tax Section** | ☐ D ____ ■ E/F __**2.1**__ ☐ G ____ |
| 2.11 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Capital One** | ☐ D ____ ■ E/F __**3.10**__ ☐ G ____ |
| 2.12 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **CentralStar Cooperative** | ☐ D ____ ■ E/F __**3.11**__ ☐ G ____ |
| 2.13 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Chase Card Services** | ☐ D ____ ■ E/F __**3.12**__ ☐ G ____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number *(if known)* | **21-00961** |

---

◼ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Citi** | ☐ D _____ <br> ◼ E/F __3.13__ <br> ☐ G _____ |
| 2.15 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Citibank** | ☐ D _____ <br> ◼ E/F __3.14__ <br> ☐ G _____ |
| 2.16 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **DeLaval Inc - DDS Main** | ☐ D _____ <br> ◼ E/F __3.15__ <br> ☐ G _____ |
| 2.17 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Driven Embryo Services, LLC** | ☐ D _____ <br> ◼ E/F __3.16__ <br> ☐ G _____ |
| 2.18 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **DTE Energy** | ☐ D _____ <br> ◼ E/F __3.17__ <br> ☐ G _____ |
| 2.19 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Farm Credit Srvices of America** | ☐ D _____ <br> ◼ E/F __3.18__ <br> ☐ G _____ |
| 2.20 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Farm Credit/agdirect** | ☐ D _____ <br> ◼ E/F __3.19__ <br> ☐ G _____ |
| 2.21 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Fowlerville Veterinary Clinic** | ☐ D _____ <br> ◼ E/F __3.20__ <br> ☐ G _____ |

Debtor   **RI-VAL-RE GENETICS, LLC** _____   Case number *(if known)*   **21-00961**

▮   **Additional Page to List More Codebtors**

| | |
|---|---|
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | |
| Column 1: **Codebtor** | Column 2: **Creditor** |

| | | | | |
|---|---|---|---|---|
| 2.22 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Genetic Visions ST, LLC** | ☐ D _____ ▮ E/F **3.21** ☐ G _____ |
| 2.23 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Genstart, LLC** | ▮ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.24 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Great Lakes Sire Service, Inc.** | ☐ D _____ ▮ E/F **3.22** ☐ G _____ |
| 2.25 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Holstein Association USA, Inc.** | ☐ D _____ ▮ E/F **3.23** ☐ G _____ |
| 2.26 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Internal Revenue Service** | ☐ D _____ ▮ E/F **2.2** ☐ G _____ |
| 2.27 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **IRUKA CAPITAL GROUP LLC** | ▮ D **2.2** ☐ E/F _____ ☐ G _____ |
| 2.28 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **JOHN DEERE FINANCIAL** | ▮ D **2.3** ☐ E/F _____ ☐ G _____ |
| 2.29 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **JOHN DEERE FINANCIAL** | ☐ D _____ ▮ E/F **3.29** ☐ G _____ |

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number *(if known)* | **21-00961** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Jerry Irving Jorgensen** | 4765 Moyer Road<br>Webberville, MI 48892 | **Kreeger & Associates, LLC** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.31 | **Jerry Irving Jorgensen** | 4765 Moyer Road<br>Webberville, MI 48892 | **Larson Acres, Inc.** | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.32 | **Jerry Irving Jorgensen** | 4765 Moyer Road<br>Webberville, MI 48892 | **Michigan Livestock Srvice, Inc** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.33 | **Jerry Irving Jorgensen** | 4765 Moyer Road<br>Webberville, MI 48892 | **Midland Credit Management** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.34 | **Jerry Irving Jorgensen** | 4765 Moyer Road<br>Webberville, MI 48892 | **STATE OF MI - UNEMPLOYMENT INS** | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |
| 2.35 | **Jerry Irving Jorgensen** | 4765 Moyer Road<br>Webberville, MI 48892 | **STgenetics** | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.36 | **Jerry Irving Jorgensen** | 4765 Moyer Road<br>Webberville, MI 48892 | **Synergy Genetics, LLC** | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
| 2.37 | **Jerry Irving Jorgensen** | 4765 Moyer Road<br>Webberville, MI 48892 | **The Dart Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **RI-VAL-RE GENETICS, LLC** | Case number *(if known)* | **21-00961** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Viking Funding Group, LLC** | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.39 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Twin River Veterinary Service** | ☐ D ____ <br> ■ E/F __3.42__ <br> ☐ G ____ |
| 2.40 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Hoofstock Genetics** | ☐ D ____ <br> ■ E/F __3.24__ <br> ☐ G ____ |
| 2.41 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Jerry & Dorothy Jorgensen** | ☐ D ____ <br> ■ E/F __3.28__ <br> ☐ G ____ |
| 2.42 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **Webberville Feed & Grain Co.** | ☐ D ____ <br> ■ E/F __3.43__ <br> ☐ G ____ |
| 2.43 | **Jerry Irving Jorgensen** | 4765 Moyer Road Webberville, MI 48892 | **The Dart Bank** | ☐ D ____ <br> ■ E/F __3.41__ <br> ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **RI-VAL-RE GENETICS, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-00961**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>       **$581129.48 Auction proceeds to secured creditor**<br>■ Other | $1.00 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>       **Sales of cattle & other products - see deposits on Dart Bank check register**<br>■ Other | $1.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>       **per sole member's IRS Schedule F**<br>■ Other | $2,533,554.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **do not believe any assets remain to liquidate** | $0.00 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **possible rental income per prior year tax return** | Unknown |

Debtor    **RI-VAL-RE GENETICS, LLC**                                    Case number *(if known)*   **21-00961**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From  **1/01/2019** to **12/31/2019** | Rental income per sole member's IRS Schedule F other income | $10,185.00 |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **The Dart Bank**<br>**Kassie Rhoades**<br>**368 South Park Street**<br>**P.O. Box 40**<br>**Mason, MI 48854** | 1/15/21<br>$153766.83<br>2/08/21<br>$177985.45<br>2/12/21<br>$13697.00<br>3/15/21<br>$235633.97<br>4/01/21<br>$46.23 | $581,129.48 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Auction proceeds** |
| 3.2. | **The Dart Bank**<br>**Kassie Rhoades**<br>**368 South Park Street**<br>**P.O. Box 40**<br>**Mason, MI 48854** | April 2021 - satisified in full | $98,010.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll Protection Program Loan Forgiveness Claim - proceeds to Lender PPP Loan #301036 SBA PPP #62556470-08** |

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

---

Debtor    **RI-VAL-RE GENETICS, LLC**                                    Case number *(if known)*    **21-00961**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Aaron & Robin Jorgensen**<br>**4104 Moyer Road**<br>**Williamston, MI 48895** | **NOTICE TO QUIT issued by Aaron & Robin Jorgensen pursuant to MCL 554.134(1) or (3) to Ri-Val-Re Genetics LLC to Recover Possession of real property located on the north and south side of Moyer Road and used by RI-VAL RE GENETICS, LLC for farming and dairy operation by 12/15/2020** | 11/11/20 | Unknown |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Andrew Beckel & Dagmer Beckel dba Golden Calf Company LLC v. Jerry Jorgensn and RI-VAL-RE Genetics, LLC**<br>**20 SC 552** | **Collection - Small Claims Judgment w Civil Bench Warrant** | **Chippewa County Circuit Court**<br>**Clerk of the Court**<br>**711 N Bridge Street**<br>**Chippewa Falls, WI 54729** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Animart, LLC v. RI-VAL-RE Genetics, LLC & Jeremiah (sic) I. Jorgensen**<br>**2020SC001460** | **Collection -Small Claims 1/22/2021 Judgment Amended** | **Small Claims Court**<br>**Clerk of the Court - Small Claims**<br>**Dodge County Justice Facility**<br>**210 W. Center Street**<br>**Juneau, WI 53039-1091** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Caledonia Farmers Elevator v. Ri-Val-Re Genetics, LLC**<br>**19-000600-CB** | **12/19/19 Default Judgment; Post judgment collection activity** | **Ingham County Circuit Court**<br>**Clerk of the Court**<br>**313 W. Kalamazoo Street**<br>**Lansing, MI 48933** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **Driven Embryo Services, LLC v. Jerry Jorgensen and Ri-Val-Re Genetics, LLC**<br>**01961 LACV026673** | **Default Judgment hearing 1/26/21** | **Winneshiek County Clerk District Court**<br>**201 W Main**<br>**Decorah, IA 52101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **RI-VAL-RE GENETICS, LLC**                                          Case number *(if known)*  **21-00961**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **GENSTART, LLC v. RI-VAL-RE GENETICS, LLC & Jerry Jorgensen**<br>**20-000263-CK** | **05/08/2020 Affidavit & Notice of Entry of Foreign Judgment - Trempealeau County, Wisconsin #20CV21; post judgment collection hearing 4/13/21** | **Ingham County Circuit Court**<br>**Clerk of the Court**<br>**313 W. Kalamazoo Street**<br>**Lansing, MI 48933** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Larson Acres, Inc. b. Jerry Jorgensen & RI-VAL-RE Genetics, LLC & Jerry Jorgensen**<br>**20-000430-CK** | **Affidavit & Notice of Entry of 6/5/20 Foreign Judgment - Rock County, Wisconsin #20CV217** | **Ingham County Circuit Court**<br>**Clerk of the Court**<br>**313 W. Kalamazoo Street**<br>**Lansing, MI 48933** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Larsen Acres, Inc. v. RI-VAL-RE GENETICS, LLC & Jerry Jorgensen**<br>**2020CV000217** | **Collection -6/5/20 Judgment** | **Clerk of the Circuit Court**<br>**Rock County Courthouse**<br>**51 S. Main Street**<br>**Janesville, WI 53545** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **The Dart Bank v. Jerry Irving Jorgensen, RI-VAL-RE GENETICS LLC, and Andrea Lee Jorgensen**<br>**20-000580-CB-C30** | **Collection P Notes, Guaranty, Claim & Delivery, Judicial Foreclosure Mtn Summary Disposition pending; PT 8/12/21 Trial 9/7/21** | **Ingham County Circuit Court**<br>**Clerk of the Court**<br>**313 W. Kalamazoo Street**<br>**Lansing, MI 48933** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **RI-VAL-RE GENETICS, LLC**                                    Case number *(if known)*  **21-00961**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wardrop & Wardrop, P.C.**<br>**300 Ottawa Avenue, N.W.**<br>**Suite 150**<br>**Grand Rapids, MI 49503-2308** | **Attorney Fees & Costs (Filing Fee)** | **04/12/21** | **$3,000.00** |
| | Email or website address<br>**bkfilings@wardroplaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Aaron Jorgensen** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **RI-VAL-RE Genetics, LLC 12/15/2020 auction of Farm Equipment including encumbered (Consignor): 2018 Kuhn Knight VT Mixer; 2015 John Deere 6150M Tractor; 1983 John Deere Tractor RW4850P003115 and Mensch Angled** | | |
| | **Bidders at Meidema Auction** | **Scraper SN 37963; net proceeds to AgDirect** | **01/07/2021** | **$82,739.82** |
| | Relationship to debtor<br>**none known** | | | |

Debtor    **RI-VAL-RE GENETICS, LLC**                                    Case number *(if known)*  **21-00961**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Bidders at Meidema Auction** | **See Miedema's Orbit Bid Auction Report for RI-VAL-RE Genetics, LLC held 12/15/2020; net proceeds to Dart Bank** | **01/08/2021** | **$571,486.17** |
| | Relationship to debtor none known | | | |
| 13.3. | **Unknown** c/o Consignor/Agent PO Box 42 Cass City, MI 48726 | **Dairy Cows sold through Agent: Kreeger and Associates, LLC - report provided to Chapter 7 Trustee** | various 2020 | $1.00 |
| | Relationship to debtor none known | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **RI-VAL-RE GENETICS, LLC**                                    Case number *(if known)* **21-00961**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **The Dart Bank**<br>**Kassie Rhoades**<br>**368 South Park Street**<br>**P.O. Box 40**<br>**Mason, MI 48854** | **XXXX-4640** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **current statement overdrawn -$116.19 since 10/2020 chageoff** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Aaron Jorgensen**<br>**4104 Moyer Road**<br>**Williamston, MI 48895** | **4765 Moyer Road**<br>**Webberville, MI 48892** | **Debtor operated on farm owned by sole member's parents - outbuildings/barns may contain property and equipment for farming operations never owned by Debtor. Debtor's machinery/equiment/supplies, et al moved to Bell Oak Road for Dcember 2020 Auction.** | **Unknown** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **RI-VAL-RE GENETICS, LLC**                    Case number *(if known)*  **21-00961**

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:**  **Details About the Debtor's Business or Connections to Any Business** |
|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **James R. Roberts<br>Roberts Boehler & Fisher PC<br>3110 Fashion Square Blvd.<br>Saginaw, MI 48603** | **annual income tax preparation** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **RI-VAL-RE GENETICS, LLC**                                     Case number *(if known)*   **21-00961**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jerry Irving Jorgensen**<br>**4765 Moyer Road**<br>**Webberville, MI 48892** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **The Dart Bank**<br>**Kassie Rhoades**<br>**368 South Park Street**<br>**P.O. Box 40**<br>**Mason, MI 48854** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jerry Jorgensen** | **Fall 2020** | **see Auctioneer Report** |
| | Name and address of the person who has possession of inventory records | | |
| | **Miedema Auctioneers** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jerry Irving Jorgensen** | **4765 Moyer Road**<br>**Webberville, MI 48892** | **Member Manager** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **RI-VAL-RE GENETICS, LLC**                    Case number *(if known)*   **21-00961**

| | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|---|
| 30.1<br>. | **Jerry Irving Jorgensen**<br>**4765 Moyer Road**<br>**Webberville, MI 48892** | **unknown reconciling Dart Bank check register** | **2020** | **possible expense reimbursement, no wages** |
| | **Relationship to debtor**<br>**sole member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **RI-VAL-RE GENETICS, LLC**                                    Case number *(if known)*    **21-00961**

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2021**

**/s/ Jerry Irving Jorgensen**                                **Jerry Irving Jorgensen**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

08/17

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:                                                    Case No.   __21-00961_____

**RI-VAL-RE GENETICS, LLC**              Chapter 7   filed 04/12/2021
           Tax ID:  47-4436777

                 Debtor.

_____ /

### ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| -NONE- | N/A | N/A | N/A | N/A |

If the debtor is self-employed, does the debtor have general liability insurance for business activities?
Yes ☐   No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated:  04/25/21 _____            /s/Jerry Irving Jorgensen _____

                                                          **by:  Jerry Irving Jorgensen**
                                                 **Sole Member of RI-VAL-RI GENETICS, LLC**
                                                                                   Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.